**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ISABELLE M. MURPHY, | ) |
| DAVID R. MURPHY, | ) |
| LYNN GAY, | ) |
| DAVID M. WAKEFIELD, and | ) |
| JANET WAKEFIELD, | ) |
| | ) |
| Individually and on behalf of all others similarly situated, | ) CIVIL ACTION NO. 04-12651-RWZ |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) |
| Defendant. | ) |

**STIPULATED MOTION TO ENLARGE TIME**
**TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the time within which Ameriquest Mortgage Company ("Ameriquest") may respond to plaintiffs' Complaint is hereby enlarged to and including February 17, 2005 and move the Court to allow the stipulated enlargement. As grounds the parties state:

1. Pursuant to the agreement between the parties made when this matter was pending in state court, Ameriquest's response to plaintiffs' Complaint was due to be served on Thursday January 6, 2005.

2. The parties originally stipulated and agreed to the enlargement of time within which Ameriquest may respond to plaintiffs' Complaint to and including February 7, 2005. The parties have subsequently stipulated and agreed to an enlargement of time within which Ameriquest may respond to plaintiffs' Complaint may be enlarged to and including February 17, 2005.

BOS-716699 v2

3.      The parties are engaged in settlement negotiations which may obviate the need for a response.

Respectfully submitted,

| | |
|---|---|
| ISABELLE M. MURPHY<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD | AMERIQUEST MORTGAGE COMPANY, |
| By their attorney, | By its attorneys, |
| /s/ Gary Klein (w/ permission)<br>Gary Klein, Esq. (BBO #560769)<br>(klein@grantkleinroddy.com)<br>Roddy, Klein & Ryan<br>727 Atlantic Ave., 2nd Floor<br>Boston, MA 02111 | /s/ Brian M. Forbes<br>R. Bruce Allensworth (BBO #015820)<br>(ballensworth@klng.com)<br>Brian M. Forbes (BBO #644787)<br>(bforbes@klng.com)<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100 |

Dated: February 4, 2005

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 4, 2005, I served a true copy of the foregoing document by first-class mail, postage prepaid, upon the following:

Gary Klein, Esq.
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

                                            /s/ Brian M. Forbes
                                            Brian M. Forbes