UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD,<br><br>Individually and on behalf of all others similarly situated,<br>          Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12651-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' ASSENTED TO MOTION FOR CONSENT ORDER**

Plaintiffs, by and through their counsel, hereby move for a Consent Order in the form annexed to this motion as Exhibit A to preserve the status quo pending a court hearing on their pending Motion for Preliminary Injunction. By entering the Consent Order the Court will temporarily enjoin the Defendant from foreclosing on the residences of Plaintiffs Wakefield and Gay.  The Defendant assents to this motion.

In further support of the motion, Plaintiffs represent as follows:

1. This matter was initially filed in state court. The plaintiffs filed a motion for Preliminary Injunction together with the complaint seeking to prevent the Defendant from foreclosing on the residences of Plaintiffs Wakefield and Gay.

BOS_718523.v1

2. On November 23, 2004, Judge Dortch-Okara of the Massachusetts Superior Court entered a Consent Order temporarily enjoining the foreclosures without making findings relevant to the matter. A true and correct copy of the state court Consent Order is attached hereto as Exhibit B.

3. Judge Dortch–Okara scheduled a hearing on Plaintiffs' Motion for Preliminary Injunction for January 19, 2005. The injunction contained in her Consent Order may expire in relevant part as of February 13, 2005.

4. Prior to the scheduled hearing on the Plaintiffs' Motion for Preliminary Injunction, the Defendant removed this matter to this Court.

5. The parties have agreed to extend the pending injunction by consent and have noted their assent on the attached form of order. The parties further request that this court set a date for a hearing on the Plaintiffs' Motion in March 2005. The injunction, by consent, would not expire until, at the earliest, the date of any hearing set by the Court.

*Wherefore*, the Plaintiffs' request that the court schedule a hearing on the Motion for Preliminary Injunction and enter the attached form of consent order.

For the Plaintiffs:

/s/ Gary Klein
Gary Klein
BBO # 560769
Shennan Kavanagh
BBO # 655174
Roddy Klein & Ryan
727 Atlantic Ave., 2nd Floor

Boston, MA 02111
Tel. 617-357-5500 x 15
Fax. 617-357-5030
klein@roddykleinryan.com

Noting the Assent of the Defendant

/s/ R. Bruce Allensworth
R. Bruce Allensworth
BBO # 015820
Brian M. Forbes
BBO # 644787
Kirkpatrick & Lockhart
Nicholson Graham LLP
75 State Street
Boston, MA 02119
Tel. 617-261-3100
Fax. 617-261-3175
ballensworth@klng.com
bforbes@klng.com

-3-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD,<br><br>Individually and on behalf of all others<br>similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12651-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT ORDER**

And now this ___ day of February, 2005, this matter having come before the Court on Plaintiffs' Motion for Preliminary Injunction and all counsel having represented by their signature below that their respective clients agree to this form of order to preserve the *status quo* pending further proceedings, and without making any findings as to the merits of this matter, the Court does hereby Order as follows:

1. The Court shall schedule further proceedings on the motion for March 15, 2005 at 2 p.m. in Courtroom ____; and

2. Defendant will take no action with respect to foreclosure on the properties of either plaintiffs David and Janet Wakefield or plaintiff Lynn Gay that are the subject of this action prior to such aforesaid time and date.

BOS_718523.v1

- 2 -

                                                  BY THE COURT

Dated this ___ day of February 2005.           _____
                                                  Rya W. Zobel, J.

**Agreement of Counsel to Form of Order**

For the Plaintiffs:

/s/ Gary Klein
Gary Klein
BBO # 560769
Shennan Kavanagh
BBO # 655174
Roddy Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111
Tel. 617-357-5500 x 15
Fax. 617-357-5030
klein@roddykleinryan.com

For the Defendant:

/s/ R. Bruce Allensworth
R. Bruce Allensworth
BBO # 015820
Brian M. Forbes
BBO # 644787
Kirkpatrick & Lockhart
Nicholson Graham LLP
75 State Street
Boston, MA 02119
Tel. 617-261-3100
Fax. 617-261-3175
ballensworth@klng.com
bforbes@klng.com

COMMONWEALTH OF MASSACHUSETTS

Norfolk, SS.                                      SUPERIOR COURT
                                                  C.A. NO. 04-1898

ISABELLE M. MURPHY,                    )
DAVID R. MURPHY,                       )
LYNN GAY,                              )
DAVID M. WAKEFIELD, and                )
JANET WAKEFIELD                        )
                                       )
Individually and on behalf of all others )
Similarly situated                     )
                                       )
          Plaintiffs,                  )
                                       )
     v.                                )
                                       )
AMERIQUEST MORTGAGE                    )
COMPANY                                )
                                       )
          Defendant.                   )

**CONSENT ORDER**

And now this 23rd day of November, 2004, this matter having come before the Court on Plaintiffs' Emergency Motion for Preliminary Injunction and counsel for the parties having appeared, and said counsel having represented that their respective clients agree to this form or order to preserve the *status quo* pending further proceedings, and without making any findings as to the merits of this matter, the Court does hereby Order as follows:

1. Further proceedings on the motion shall be scheduled for January 19, 2005 at 2:00 p.m. in Courtroom Number 3;

2. The foreclosure sale presently scheduled by the Defendant for December 13, 2004 on the property owned by Plaintiffs David and Janet Wakefield at 303 Marion Road, Wareham, Massachusetts shall not go forward as scheduled and shall be stayed for a period of sixty (60) days; and

3. The Defendant shall take no action will be taken with respect to foreclosure on the property owned by Plaintiff Lynn Gay at 43 Oak Street, Bridgewater, Massachusetts without thirty (30) days written notice to counsel for Ms. Gay.

BY THE COURT

Dated this 23rd day of November 2004.

A TRUE COPY
Attest: Mary E. Kenney
Deputy Assistant Clerk
12/2/04

**Appearances of Counsel**

For the Plaintiffs:

Gary Klein
BBO # 560769
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd floor
Boston, MA 02111
Tel. 617-353-5500 x 15
Fax. 617-353-5030

For the Defendant:

R. Bruce Allensworth
Kirkpatrick & Lockhart
75 State Street
Boston, MA 02119
Tel. 617-261-3100
Fax. 617-261-3175