UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY, <br> DAVID R. MURPHY, <br> LYNN GAY, <br> DAVID M. WAKEFIELD, and <br> JANET WAKEFIELD, <br><br> Individually and on behalf of all others similarly situated, <br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-12651-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CONSENT ORDER

And now this ___ day of February, 2005, this matter having come before the Court on Plaintiffs' Motion for Preliminary Injunction and all counsel having represented by their signature below that their respective clients agree to this form of order to preserve the *status quo* pending further proceedings, and without making any findings as to the merits of this matter, the Court does hereby Order as follows:

1. ~~The Court shall schedule further proceedings on the motion for March 15, 2005 at 2 p.m. in Courtroom ___; and~~   *RWZ*

2. Defendant will take no action with respect to foreclosure on the properties of either plaintiffs David and Janet Wakefield or plaintiff Lynn Gay that are the subject of this action prior to such aforesaid time and date.

BOS 719523.1

Dated this 10th day of February 2005.

BY THE COURT

/s/ Rya W. Zobel
Rya W. Zobel, J.

**Agreement of Counsel to Form of Order**

For the Plaintiffs:

/s/ Gary Klein
Gary Klein
BBO # 560769
Shennan Kavanagh
BBO # 655174
Roddy Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111
Tel. 617-357-5500 x 15
Fax. 617-357-5030
klein@roddykleinryan.com

For the Defendant:

/s/ R. Bruce Allensworth
R. Bruce Allensworth
BBO # 015820
Brian M. Forbes
BBO # 644787
Kirkpatrick & Lockhart
Nicholson Graham LLP
75 State Street
Boston, MA 02119
Tel. 617-261-3100
Fax. 617-261-3175
ballensworth@klng.com
bforbes@klng.com