UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD<br><br>Individually and on behalf of all others<br>Similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE<br>COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-cv-12651RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' COUNSEL'S DECLARATION PURSUANT TO RULE 15(a) IN CONNECTION WITH FILING FIRST AMENDED COMPLAINT**

Gary Klein, one of Plaintiffs' counsel in the above referenced matter, hereby deposes and states as follows:

1. The plaintiffs have filed a First Amended Complaint contemporaneously herewith.

2. No previous amendment to the Complaint has been filed in this matter.

3. No responsive pleading has yet been filed and Plaintiffs' may therefore amend their Complaint as of right pursuant to Fed. R. Civ. P. 15(a).

Signed under the penalties of perjury this 16th day of February, 2005.

/s/ Gary Klein
Gary Klein
Roddy Klein & Ryan
727 Atlantic Ave. 2nd Floor
Boston, MA  02111
(617) 357-5500, x. 15
(617) 357-5030 (fax)
klein@roddykleinryan.com