## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY, | ) |
| DAVID R. MURPHY, | ) |
| LYNN GAY, | ) |
| DAVID M. WAKEFIELD, and | ) |
| JANET WAKEFIELD, | ) |
| | ) |
| Individually and on behalf of all others similarly situated, | ) CIVIL ACTION NO. 04-12651-RWZ |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) |
| Defendant. | ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Brian M. Forbes on behalf of defendant Ameriquest Mortgage Company ("Ameriquest") in the above-captioned action. Counsel for Ameriquest identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

> AMERIQUEST MORTGAGE COMPANY
>
> By its attorneys,
>
> /s/ Brian M. Forbes
> R. Bruce Allensworth, BBO# 015820
>     (ballensworth@klng.com)
> Brian M. Forbes, BBO# 644787
>     (bforbes@klng.com)
> KIRKPATRICK & LOCKHART NICHOLSON
> GRAHAM LLP
> 75 State Street
> Boston, Massachusetts 02109
> (617) 261-3100

Dated:  February 23, 2005

BOS-743071 v1

- 2 -

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 23, 2005, I served a true copy of the foregoing document by first-class mail, postage prepaid, upon the following:

Gary Klein, Esq.
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

                 /s/ Brian M. Forbes
                 Brian M. Forbes