## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY, <br> DAVID R. MURPHY, <br> LYNN GAY, <br> DAVID M. WAKEFIELD, and <br> JANET WAKEFIELD, <br><br> Individually and on behalf of all others similarly situated, <br>      Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, <br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-12651-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AMERIQUEST MORTGAGE COMPANY'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the undersigned hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

AMERIQUEST MORTGAGE COMPANY,

By its authorized representative,

 /s/ Carol Melber
Carol Melber
1100 Town & Country Road, Suite 450
Orange, California 92868

BOS-752806 v1

By its attorneys,

/s/ Brian M. Forbes
R. Bruce Allensworth (BBO #015820)
    ballensworth@klng.com
Phoebe S. Winder (BBO #567103)
    pwinder@klng.com
Brian M. Forbes (BBO #644787)
    bforbes@klng.com
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
617-261-3100
617-261-3175 (fax)

Dated: March 8, 2005

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on March 8, 2005, I served a true copy of the foregoing document by electronic filing, upon the following counsel for plaintiffs:

Gary Klein, Esq.
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

                                                 /s/ Brian M. Forbes
                                                  Brian M. Forbes