UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACTION NO. 04-12651-RWZ

ISABELLE M. MURPHY, et al.

V.

AMERIQUEST MORTGAGE COMPANY

SCHEDULING ORDER

March 14, 2005

ZOBEL, D.J.

    1. Any amendments to pleadings shall be filed no later than May 1, 2005.

    2. Any additional parties shall be joined by May 1, 2005.

    3. The parties shall report the status of settlement negotiations by May 1, 2005.

    4. The parties agreed to complete the exchange of initial disclosures, pursuant to Rule 26(a)(1), Fed.R.Civ.P. by March 8, 2005.

    5. All discovery pertaining to class certification shall be completed by October 31, 2005.

    6. Any motions pertaining to class certification shall be filed by December 15, 2005. Opposition, together with supporting papers, shall be filed by January 15, 2006. A hearing on such motion is scheduled on January 25, 2006 at 2:00 p.m.

7.  Defendant agreed not to seek foreclosure of the named plaintiff's real estate without at least 30 days prior notice filed in this court.


|         March 14, 2005         |     /s/ Rya W. Zobel                |
|:------------------------------:|:-----------------------------------:|
|              DATE              |      UNITED STATES DISTRICT JUDGE   |