UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD<br><br>Individually and on behalf of all others<br>Similarly situated<br><br>        Plaintiffs,<br><br>    v.<br><br>AMERIQUEST MORTGAGE<br>COMPANY<br><br>        Defendant. | C.A. No. 04-cv-12651RWZ |

**JOINT MOTION TO EXTEND CASE SCHEDULING DEADLINES**

Plaintiffs, Isabelle M. and David R. Murphy, et al. ("Plaintiffs") and Defendant, Ameriquest Mortgage Company, ("Defendant") hereby jointly move to extend the May 1, 2005 deadline for amendments to pleadings, joining additional parties, and for a status report concerning settlement negotiations, originally set in this matter by the March 14, 2005 Scheduling Order, by thirty (30) days to June 1, 2005.  No other pending deadlines would be affected by this motion. As grounds for the motion, the parties state the following:

    1.    On April 14, 2005, the wife of Gary Klein, Plaintiffs' lead counsel, had a baby boy.  Consequently, Mr. Klein has spent a substantial portion of April on leave.

    2.    The parties assent to this motion.

WHEREFORE, the parties respectfully request that the Court grant this extension of the matters affected by the May 1, 2005 deadline to June 1, 2005. A proposed Order is attached to this motion.

        Respectfully Submitted,
        For Plaintiffs,

        /s/ Gary Klein
        Gary Klein BBO # 560769
        John Roddy BBO # 424240
        Elizabeth Ryan BBO # 549632
        Shennan Kavanagh BBO # 655174
        Roddy, Klein & Ryan
        727 Atlantic Ave., 2nd floor
        Boston, MA  02111
        Tel. 617-357-5500 x 15
        Fax. 617-357-5030
        klein@roddykleinryan.com

For Defendant,

/s/ R. Bruce Allensworth
R. Bruce Allensworth BBO # 015820
Brian M. Forbes BBO # 644787
Kirkpatrick & Lockhart
Nicholson Graham LLP
75 State Street
Boston, MA 02119
Tel. 617-261-3100
Fax. 617-261-3175
ballensworth@klng.com
bforbes@klng.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD<br><br>Individually and on behalf of all others<br>Similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE<br>COMPANY<br><br>Defendant. | C.A. No. 04-cv-12651RWZ |

**PROPOSED ORDER GRANTING JOING MOTION TO EXTEND CASE SCHEDULING DEALINES**

This matter comes before the Court on the parties' Joint Motion To Extend Case Scheduling Deadlines, due notice having been served, and the Court being duly advised in the premises, IT IS HEREBY ORDERED:

The parties' Joint Motion To Extend Case Scheduling Deadlines is granted.

DATE: _____     ENTER: _____
                                                          Judge D.J. Zobel