UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ISABELLE M. MURPHY,** <br> **DAVID R. MURPHY,** <br> **LYNN GAY,** <br> **DAVID M. WAKEFIELD, and** <br> **JANET WAKEFIELD** <br><br> Individually and on behalf of all others <br> Similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> **AMERIQUEST MORTGAGE COMPANY** <br><br> Defendant. | C.A. No. 04-cv-12651RWZ |

**JOINT MOTION TO FURTHER EXTEND CASE SCHEDULING DEADLINES**

Plaintiffs, Isabelle M. and David R. Murphy, et al. ("Plaintiffs") and Defendant, Ameriquest Mortgage Company, ("Defendant") hereby jointly move to extend the June 1, 2005 deadline for amendments to pleadings, joining additional parties, and for a status report concerning settlement negotiations, by thirty (30) days to July 1, 2005. This deadline was originally scheduled for May 1, 2005 by the March 14, 2005 Scheduling Order, then subsequently extended to June 1, 2005 by motion of the parties. No other pending deadlines would be affected by this motion. As grounds for the motion, the parties state the following:

1. The parties have been working to resolve discovery-related disputes concerning confidentiality and initial document disclosures. These initial issues have recently

been resolved between the parties so that documents will be exchanged.

2. The parties need additional time to review the initial document production in order to determine whether any amendments to the pleadings or joinder of additional parties are necessary.

3. The parties join in this motion.

WHEREFORE, the parties respectfully request that the Court grant this extension of the matters affected by the June 1, 2005 deadline to July 1, 2005. A proposed Order is attached to this motion.

                    Respectfully Submitted,
                    For Plaintiffs,

/s/ Gary Klein
Gary Klein BBO # 560769
John Roddy BBO # 424240
Elizabeth Ryan BBO # 549632
Shennan Kavanagh BBO # 655174
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd floor
Boston, MA  02111
Tel. 617-357-5500 x 15
Fax. 617-357-5030
klein@roddykleinryan.com

For Defendant,

/s/ Bruce Allensworth
R. Bruce Allensworth BBO # 015820
Brian M. Forbes BBO # 644787
Kirkpatrick & Lockhart
Nicholson Graham LLP
75 State Street
Boston, MA 02119
Tel. 617-261-3100
Fax. 617-261-3175
ballensworth@klng.com
bforbes@klng.com

Dated: May 31, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD<br><br>Individually and on behalf of all others<br>Similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE<br>COMPANY<br><br>Defendant. | C.A. No. 04-cv-12651RWZ |

**PROPOSED ORDER GRANTING JOING MOTION TO FURTHER EXTEND
CASE SCHEDULING DEALINES**

This matter comes before the Court on the parties' Joint Motion To Further Extend Case Scheduling Deadlines, due notice having been served, and the Court being duly advised in the premises, IT IS HEREBY ORDERED:

The parties' Joint Motion To Further Extend Case Scheduling Deadlines is granted.

DATE: _____    ENTER: _____
                                              Judge D.J. Zobel