# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY, <br> DAVID R. MURPHY, <br> LYNN GAY, <br> DAVID M. WAKEFIELD, and <br> JANET WAKEFIELD, <br> <br> Individually and on behalf of all others similarly situated, <br> Plaintiffs, <br> <br> v. <br> <br> AMERIQUEST MORTGAGE COMPANY, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-12651-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan M. Tosi on behalf of defendant Ameriquest Mortgage Company ("Ameriquest") in the above-captioned action. Counsel for Ameriquest identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

    AMERIQUEST MORTGAGE COMPANY

    By its attorneys,

    /s/ Ryan M. Tosi
    R. Bruce Allensworth, BBO# 015820
        (ballensworth@klng.com)
    Brian M. Forbes, BBO# 644787
        (bforbes@klng.com)
    Ryan M. Tosi, BBO# 661080
        (rtosi@klng.com)
    KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
    75 State Street
    Boston, Massachusetts 02109
    (617) 261-3100

Dated: June 17, 2005

- 2 -

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 17, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Gary Klein, Esq.
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

                /s/ Ryan M. Tosi
                Ryan M. Tosi