1    Caryn Becker (State Bar No. 196947)
     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2    Embarcadero Center West
     275 Battery Street, 30th Floor
3    San Francisco, CA 94111-3339
     Telephone: (415) 956-1000
4    Facsimile: (415) 956-1008

5    Attorneys for Plaintiffs
     Isabelle M. Murphy, David R. Murphy, Lynn Gay,
6    David M. Wakefield and Janet Wakefield

7

8                          UNITED STATES DISTRICT COURT

9                           DISTRICT OF MASSACHUSETTS

10

11   ISABELLE M. MURPHY, DAVID R.              Case No. 1:04-cv-12651-RWZ
     MURPHY, LYNN GAY, DAVID M.
12   WAKEFIELD and JANET WAKEFIELD,           **NOTICE OF FILING
                                              OF MOTION FOR TRANSFER**
13                    Plaintiffs,

14   v.

15   AMERIQUEST MORTGAGE
     COMPANY
16
                      Defendant.
17

18           PLEASE TAKE NOTICE that the attached documents were sent for filing to the

19   Judicial Panel on Multidistrict Litigation on this 8th day of July, 2005.

20

21   Dated: July 7, 2005                     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

22

23                                   By: _____
24                                       Caryn Becker

25                                       Attorneys for Plaintiffs
                                         Isabelle M. Murphy, David R. Murphy, Lynn Gay,
26                                       David M. Wakefield and Janet Wakefield

27

28

     455334.1                                    NOTICE OF FILING OF MOTION FOR TRANSFER
                                                        CASE NO. 1:04-CV-12651-RWZ