UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD,<br><br>Individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12651-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE TO CORRECT RECORD CONCERNING DOCKET NO. 19**

Plaintiffs, by and through their undersigned counsel, hereby notify the Court that a pleading labeled Notice of Filing of Motion for Transfer and docketed as a Motion to Transfer Case by Janet Wakefield, Isabelle M. Murphy, David R. Murphy, Lynn Gay, David M. Wakefield (Docket No. 19) incorrectly listed the law firm Lieff Cabraser Heimann & Bernstein as counsel for the Plaintiffs in this matter. Additionally, the pleading was incorrectly electronically filed and docketed as if it were Plaintiffs' Motion to this court, even though it is simply a Notice of a Request to Transfer, by individuals other than the Plaintiffs in this matter, pursuant to the Multi-District Litigation rules. The pleadings attached to Docket No. 19 are directed to the Judicial Panel on Multidistrict Litigation.

Counsel for the plaintiffs in this matter is accurately set forth below.

Respectfully Submitted,
Isabelle and David Murphy et. al.
By their attorneys,

BOS-718523 v1

-2-

                    /s/ Gary Klein
                    Gary Klein BBO # 560769
                    John Roddy BBO # 424240
                    Elizabeth Ryan BBO # 549632
                    Shennan Kavanagh BBO # 655174
                    Roddy, Klein & Ryan
                    727 Atlantic Ave., 2nd floor
                    Boston, MA  02111
                    Tel. 617-357-5500 x 15
                    Fax. 617-357-5030
                    klein@roddykleinryan.com

Dated: July 25, 2005