# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   July 25, 2005
Panel Fax No.: (202) 502-2888

MDL DOCKET No. **1715**-- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

```
Defendant Ameriquest Mortgage Company
Defendant Argent Mortgage Company
```

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

```
Knox et al. v. Ameriquest Mortgage Company, Case No. C 05-00240 SC (N.D. Cal.)
Burggraff v. Ameriquest Mortgage Company, Case No. C 04-09715 MMC Mc (C.D. Cal.)
Murphy et al. v. Ameriquest Mortgage Company, Case No. C 04-12651 RWZ (D. Mass.)
Williams et al. v. Ameriquest Mortgage Company, Case No. C 05-01036 EAK EAJ (M.D. Fla.)
Williams et al. v. Ameriquest Mortgage Company, Case No. C 05-6189 (S.D.N.Y.)
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

  In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_July 22, 2005_
Date

_[Signature] Bernard E. LeSage_
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

```
Bernard E. LeSage
Buchalter, Nemer, Fields & Younger
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704
```

Telephone No.: (213) 891-0700      Fax No.: (213) 896-0400

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation, | MDL No. 1715 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY

Defendant Ameriquest Mortgage Company hereby submits the following Corporate Disclosure Statement pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

Ameriquest Mortgage Company is a wholly owned subsidiary of Ameriquest Capital Corporation. No publicly held company owns more than 10% of the stock of Ameriquest Mortgage Company.

DATED: July 22, 2005

By: /s/ Bernard E. Le Sage
Bernard E. Le Sage

BUCHALTER NEMER FIELDS & YOUNGER
A Professional Corporation
601 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-5704
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

*Attorneys for Defendants Ameriquest Mortgage Company and Argent Mortgage Company*

BNFY 620024v1

1

## SERVICE LIST
## IN RE AMERIQUEST MORTGAGE PRACTICES LITIGATION

| | |
|---|---|
| Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton | Elizabeth J. Cabraser<br>Kelly M. Dermody<br>Caryn Becker<br>LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone:    (415) 956-1000<br>Facsimile:     (415) 956-1008 |
| Attorneys for Plaintiffs Cheryl Williams and Duvall Naughton | Gena E. Wiltsek<br>LIEF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>780 Third Avenue, 48th Floor<br>New York, NY 10017<br>Telephone:    (212) 355-9500<br>Facsimile:     (212) 355-9292 |
| | Clerk of the Court<br>United States District Court<br>Central District of California,<br>Southern Division<br>4111 West Fourth Street, Room 1053<br>Santa Ana, CA 92701-4516 |
| | Clerk of the Court<br>United States District Court<br>Northern District of California,<br>San Francisco Division<br>450 Golden Gate Avenue, 6th Floor<br>San Francisco, CA 94102 |
| | Clerk of the Court<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley U. S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210 |
| | Clerk of the Court<br>United States District Court<br>Middle District of Florida<br>Tampa Division<br>Sam M. Gibbons U. S. Courthouse<br>801 North Florida Avenue<br>Tampa, FL 33602 |

BNFY 621596v1

|  |  |
|---|---|
|  | Clerk of the Court<br>United States District Court<br>Southern District of New York<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl Street<br>New York, NY 10017-1312 |
| Attorneys for Plaintiffs Albert Knox, Nona Knox, Maria Torres, Heladio Arellanes, and Maria Arellanes | Emmett C. Stanton<br>Aaron Myers<br>Fenwick & West LLP<br>801 California Street<br>Silicon Valley Center<br>Mountain View, CA 94041<br>Telephone:   (650) 988-8500<br>Facsimile:    (650) 938-5200 |
|  | Bryan A. Kohrn<br>Fenwick & West LLP<br>275 Battery Street, 16th Floor<br>San Francisco, CA 94111<br>Telephone:   (415) 875-2300<br>Facsimile:    (415) 281-1350 |
|  | David M. Lisi<br>Fenwick & West LLP<br>Two Palo Alto Square<br>Palo Alto, CA 94306<br>Telephone:   (650) 494-0600 |
|  | Shirley Hochhausen<br>Community Legal Services in East Palo Alto<br>2117-B University Avenue<br>East Palo Alto, CA 94303<br>Telephone:   (650) 326-6440<br>Facsimile:    (650) 326-9722 |
| Attorneys for Defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC | Richard C. Darwin<br>Joshua A. Gratch<br>Buchalter Nemer Fields & Younger<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2130<br>Telephone:   (415) 227-0900<br>Facsimile:    (415) 227-3237 |
| Attorneys for Plaintiff Adolph Peter Kurt Burggraff on behalf of himself and those similarly situated | Douglas Bowdoin<br>255 South Orange Avenue, Suite 800<br>Orlando, FL 32801<br>Telephone:   (407) 422-0025 |

BNFY 621596v1

|  |  |
|---|---|
|  | Jonathan Andrews Boynton<br>Sarah Brite Evans<br>Post Kirby Noonan & Sweat<br>American Plaza<br>600 West. Broadway, Suite 1100<br>San Diego, CA 92101-3302<br>Telephone:    (619) 231-8666<br>Facsimile:     (619) 231-9593 |
|  | Terry Smiljanich<br>Kathleen Clark Knight<br>James Hoyer Newcomer & Smiljanich<br>1 Urban Centre<br>4830 West Kennedy Boulevard, Suite 550<br>Tampa, FL 33609<br>Telephone:    (813) 286-4100 |
| Attorneys for Defendants Ameriquest Mortgage Company and Argent Mortgage Company, LLC | Michael J. Cereseto<br>Rachael H. Berman<br>Buchalter Nemer Fields & Younger<br>601 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017-5704<br>Telephone:    (213) 891-0700<br>Facsimile:     (213) 896-0400 |
| Attorneys for Plaintiffs Isabelle M. Murphy, David R. Murphy, Lynn Gay, David M. Wakefield and Janet Wakefield | Gary E. Klein<br>Roddy Klein & Roddy<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA 02111<br>Telephone:    (617) 357-5500, Ext. 15<br>Facsimile:     (617) 357-5030 |
| Attorneys for Defendants Ameriquest Mortgage Company | R. Bruce Allensworth<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA 15222<br>Telephone:    (617) 261-3119<br>Facsimile:     (617) 261-3175 |
|  | Brian Marc Forbes<br>Ryan M. Tosi<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>75 State Street<br>6th Street<br>Boston, MA 02110<br>Telephone:    (617) 261-3100<br>Facsimile:     (617) 261-3175 |

BNFY 621596v1

| | |
|---|---|
| Attorneys for Plaintiffs Latonya Williams, Duwayne Williams, Daisybel Tolbert and William F. Tolbert | Gary E. Klein<br>Roddy Klein & Roddy<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA 02111<br>Telephone:   (617) 357-5500, Ext 15<br>Facsimile:    (617) 357-5030 |
| | Theresa J. Wigginton<br>Law Office of Theresa I. Wigginton<br>915 Oakfield Road, Suite F<br>Brandon, FL 33511<br>Telephone:   (813) 653-2992 |
| Attorneys for Defendants Ameriquest Mortgage Company | Daniel A. Casey<br>Jonathan B. Morton<br>Jeffrey T. Kucera<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>Miami Center – 20th Floor<br>201 South Biscayne Boulevard<br>Miami, FL 33131-3300<br>Telephone:   (305) 539-3300<br>Facsimile:    (305) 358-7095 |
| Attorneys for Plaintiffs Cheryl Williams and Duval Naughton | Gary E. Klein<br>Roddy Klein & Roddy<br>727 Atlantic Avenue, 2nd Floor<br>Boston, MA 02111<br>Telephone:   (617) 357-5500, Ext. 15<br>Facsimile:    (617) 357-5030 |
| | Lawrence Tien<br>Kamran Mashoyekh<br>The Tien Law Firm, LLP<br>10235 West Little York Road, Suite 470<br>Houston, TX 77040<br>Telephone:   (713) 937-0223<br>Facsimile:    (713) 937-0220 |
| Registered Agent for Service of Process for Ameriquest Mortgage Company | National Registered Agents, Inc.<br>2030 Main Street, Suite 1030<br>Irvine, CA 92614 |

BNFY 621596v1