UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD<br><br>Individually and on behalf of all others<br>Similarly situated<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERIQUEST MORTGAGE<br>COMPANY<br><br>    Defendant. | C.A. No. 04-cv-12651RWZ |

**JOINT MOTION TO FURTHER EXTEND CASE SCHEDULING DEADLINES**

Plaintiffs, Isabelle M. and David R. Murphy, et al. ("Plaintiffs") and Defendant, Ameriquest Mortgage Company, ("Defendant"), hereby jointly move to extend the case scheduling deadlines set forth in the Court's March 14, 2005 scheduling order [Docket No. 13] for discovery pertaining to class certification, motions, oppositions, and a hearing as follows:

    Class Discovery:    from October 31, 2005 to January 16, 2006.

    Class Motions:      from December 15, 2005 to February 28, 2006.

    Oppositions:        from January 15, 2006 to March 30, 2006.

    Hearing:            from January 25, 2006 to April 27, 2006.

As grounds for this motion, the parties state the following:

1.  The parties have been working diligently to resolve Defendant's objections to

    Plaintiffs' discovery requests. The parties have commenced, but not completed, a

discovery conference to resolve their disputes and have made progress towards this end.

2. The parties need additional time to complete discovery relating to class certification in order to prepare their motions and oppositions.

3. The parties have been delayed due to complicated issues about confidentiality in the context of a class case.

4. The parties are also awaiting a ruling on the Plantiffs' Motion for Leave to File an Amended Complaint. (Docket No. 17.) The result of that motion affects the scope of the pending discovery.

5. Due to scheduling conflicts, depositions have been noticed, but not completed.

6. There is a proceeding pending before the Judicial Panel on Multi-District Litigation that may result in transfer and consolidation of this case with others pending in various jurisdictions. The parties expect resolution of the MDL proceeding within thirty (30) days. The parties are concerned that transfer after the close of the class discovery period in this case may adversely affect scheduling options in the transferred proceeding and/or lead to unnecessary duplication of efforts.

7. The parties join in this motion.

WHEREFORE, the parties respectfully request that the Court grant this further extension of the case scheduling deadlines. A proposed Order is attached to this motion.

                                                Respectfully Submitted,
For Plaintiffs,

/s/ Gary Klein
Gary Klein BBO # 560769
Elizabeth Ryan BBO # 549632
Shennan Kavanagh BBO # 655174
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd floor
Boston, MA  02111
Tel. 617-357-5500 x 15
Fax. 617-357-5030
klein@roddykleinryan.com

For Defendant,

/s/Bruce Allensworth
R. Bruce Allensworth BBO # 015820
Brian M. Forbes BBO # 644787
Kirkpatrick & Lockhart
Nicholson Graham LLP
75 State Street
Boston, MA 02119
Tel. 617-261-3100
Fax. 617-261-3175
ballensworth@klng.com
bforbes@klng.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD<br><br>Individually and on behalf of all others<br>Similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE<br>COMPANY<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-cv-12651RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER GRANTING JOINT MOTION TO FURTHER EXTEND
CASE SCHEDULING DEALINES**

This matter comes before the Court on the parties' Joint Motion To Further Extend Case Scheduling Deadlines, due notice having been served, and the Court being duly advised in the premises, IT IS HEREBY ORDERED:

The parties' Joint Motion To Further Extend Case Scheduling Deadlines is granted.

DATE: _____        ENTER: _____
                                                             Zobel            J.