UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY,<br>DAVID R. MURPHY,<br>LYNN GAY,<br>DAVID M. WAKEFIELD, and<br>JANET WAKEFIELD<br><br>Individually and on behalf of all others<br>Similarly situated<br><br>       Plaintiffs,<br><br>   v.<br><br>AMERIQUEST MORTGAGE<br>COMPANY<br><br>       Defendant. | C.A. No. 04-cv-12651RWZ |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiffs, Isabelle M. Murphy, et al., hereby move for leave to file a memorandum in support of their Motion To Compel Responses To Requests For Production Of Documents And Interrogatories, And To Make Witnesses Available For Depositions, which exceeds the twenty page limit set forth in Local Rule 7.1(b)(4). Plaintiffs seek leave to file a brief of 26 pages. In support of this motion, Plaintiffs state the following:

1. Local Rule 37.1, which governs discovery disputes, requires Plaintiffs to submit a memorandum in support of a motion to compel, which must state with particularity, "each interrogatory, deposition question, request for production, request for admission or other discovery matter raising an issue to be decided by the court and the response thereto.

2. A substantial portion of the memorandum contains reiterations of Plaintiffs' document requests and interrogatories, in order to comply with the particularity requirement of Local Rule 37.1.

3. To address the volume of the Defendants' objections, Plaintiffs required additional pages.

Accordingly, Plaintiffs respectfully request that they be given leave to file a 26-page memorandum in support of their motion to compel.

                           Respectfully Submitted,
                           Isabelle and David Murphy et. al.
                           By their attorneys,

                           /s/ Gary Klein
                           Gary Klein BBO # 560769
                           John Roddy BBO # 424240
                           Elizabeth Ryan BBO # 549632
                           Shennan Kavanagh BBO # 655174
                           Roddy, Klein & Ryan
                           727 Atlantic Ave., 2nd floor
                           Boston, MA  02111
                           Tel. 617-357-5500 x 15
                           Fax. 617-357-5030
Dated: December 2, 2005        klein@roddykleinryan.com