UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ISABELLE M. MURPHY, <br> DAVID R. MURPHY, <br> LYNN GAY, <br> DAVID M. WAKEFIELD, and <br> JANET WAKEFIELD <br><br> Individually and on behalf of all others <br> Similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> AMERIQUEST MORTGAGE COMPANY <br><br> Defendant. | C.A. No. 04-cv-12651RWZ |

NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth Ryan as co-counsel for the Plaintiffs, Isabelle M. Murphy, David R. Murphy, Lynn Gay, David M. Wakefield and Janet Wakefield.

                                                                          Respectfully submitted,
                                                                          Isabelle M. Murphy, et al.
                                                                          By their attorneys,

                                                                          /s/ Elizabeth Ryan
                                                                          Elizabeth Ryan  (BBO #549632)
                                                                          Gary Klein (BBO #560769)
                                                                          Shennan Kavanagh (BBO #655174)
                                                                          Roddy Klein & Ryan
                                                                          727 Atlantic Avenue, 2nd Floor
                                                                          Boston MA 02111
                                                                          (617) 357-5500 Ext. 17
                                                                          (617) 357-5030 (fax)
Dated:  December 8, 2005                           ryan@roddykleinryan.com