UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ISABELLE M. MURPHY,** <br> **DAVID R. MURPHY,** <br> **LYNN GAY,** <br> **DAVID M. WAKEFIELD, and** <br> **JANET WAKEFIELD** <br><br> Individually and on behalf of all others <br> Similarly situated <br><br><br> **Plaintiffs,** <br><br> v. <br><br> **AMERIQUEST MORTGAGE** <br> **COMPANY** <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-cv-12651RWZ |

## NOTICE OF APPEARANCE

Please enter the appearance of Shennan Kavanagh as co-counsel for the Plaintiffs, Isabelle M. Murphy, David R. Murphy, Lynn Gay, David M. Wakefield and Janet Wakefield.

                                               Respectfully submitted,
                                               Isabelle M. Murphy, et al.
                                               By their attorneys,

                                               /s/ Shennan Kavanagh
                                               Elizabeth Ryan (BBO #549632)
                                               Gary Klein (BBO #560769)
                                               Shennan Kavanagh (BBO #655174)
                                               Roddy Klein & Ryan
                                               727 Atlantic Avenue, 2nd Floor
                                               Boston MA 02111
                                               (617) 357-5500 Ext. 12
                                               (617) 357-5030 (fax)
Dated: December 8, 2005                 kavanagh@roddykleinryan.com