# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE M. MURPHY, | ) |
| DAVID R. MURPHY, | ) |
| LYNN GAY, | ) |
| DAVID M. WAKEFIELD, and | ) |
| JANET WAKEFIELD, | ) |
| | ) |
| Individually and on behalf of all others | ) CIVIL ACTION NO. 04-12651-RWZ |
| similarly situated, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following new address for counsel for the defendant, Ameriquest Mortgage Company, effective March 17, 2006:

R. Bruce Allensworth, Esq.
Phoebe S. Winder, Esq.
Brian M. Forbes, Esq.
Ryan M. Tosi, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY

By its attorneys,


/s/ *R. Bruce Allensworth*

_____

R. Bruce Allensworth (BBO #015820)
    ballensworth@klng.com
Phoebe S. Winder (BBO #567103)
    pwinder@klng.com
Brian M. Forbes (BBO #644787)
    bforbes@klng.com
Ryan M. Tosi (BBO #661080)
    rtosi@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175


Dated:  March 30, 2006

## CERTIFICATE OF SERVICE

I, R. Bruce Allensworth, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 30th day of March, 2006 and was also caused to be sent to all the following counsel of record via U.S. Mail.

Gary Klein, Esq.
Elizabeth Ryan, Esq.
Shennan Kavanagh, Esq.
Roddy, Klein & Ryan
727 Atlantic Ave., 2nd Floor
Boston, MA 02111

/s/ *R. Bruce Allensworth*

_____
R. Bruce Allensworth